Case No: 09-25359

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT of ILLINOIS

CHICAGO Division

In re: **ALAN ANDERSON**  Case No: **09-25359**

Chapter: **13**

Property Address: **9303 SOUTH INDIANA AVENUE CHICAGO, IL 60620**

Last four digits of any number you use to identify the debtor's account: **6607**

Court Claim No. (if known) **5**

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**BANK OF AMERICA, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **1/4/2012** and filed as Docket No. **32**

### Pre-Petition Default Payments    Applicable option is checked.

[x] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: **$0.00**

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments    Applicable option is checked.

[ ] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[x] Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: **$29,779.08**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Page 1

Case No: 09-25359

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor  ☑ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X /s/ Stephen C. Needham
Signature

X 01/27/2012
Date (MM/DD/YYYY)

First Name: Stephen     Middle Name: C.     Last Name: Needham
Title: Attorney
Company:
Address: Noonan & Lieberman, 105 W. Adams, Ste. 1100
City: Chicago     State: IL     Zip: 60603
Phone: (312) 431-1455

Case No:    09-25359

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

Case No: 09-25359

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Fee Description | Fee Date | Fee Amount |
|---|---|---|
| 01/01/11 - 03/01/11 @ 2182.96 EACH | 1/4/2012 | $6,548.88 |
| 04/01/11 - 01/01/2012 @ 2323.02 EACH | 1/4/2012 | $23,230.20 |

Case No:    09-25359

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: January 27, 2012

Chapter 13 Trustee: Tom Vaughn

Trustee Address: 55 E. Monroe, Ste. 3850, Chicago, IL 60603

Trustee Email:

Debtor's Counsel Name: Brian R. Zeft, Robert J. Semrad and Associates

Debtor's Counsel Address: 20 S. Clark, 28th Floor, Chicago, IL 60603

Debtor's Counsel Email:

Debtor 1 Name: Alan Anderson

Debtor 2 Name:

Debtor's Mailing Address: 9301 South Indiana Avenue, Chicago, IL 60620

Debtor Email:

/s/ Stephen C. Needham

Noonan & Lieberman, Ltd.
105 W. Adams, Ste. 1100
Chicago, IL 60603
(312) 431-1455

**Bank of America — Home Loans**

Account Number: ●●●●6607
Statement Period: 07/2009 - 01/2012
Date Prepared: 01/25/2012

Property Address:
9303 SOUTH INDIANA AVENUE

Page 3

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | 262,923.01 | | 602.00 | | | | .00 |
| 07/06/2009 | FHA MIP PMT | -107.77 | 05/2009 | .00 262,923.01 | .00 | -107.77 494.23 | .00 | .00 | .00 -625.34 | .00 .00 |
| 08/06/2009 | FHA MIP PMT | -107.77 | 05/2009 | .00 262,923.01 | .00 | -107.77 386.46 | .00 | .00 | .00 -625.34 | .00 .00 |
| 08/10/2009 | REGULAR PAYMENT | 2,189.57 | 06/2009 | 263.10 262,659.91 | 1,424.17 | 502.30 888.76 | .00 | .00 | .00 -625.34 | .00 .00 |
| 09/04/2009 | FHA MIP PMT | -107.77 | 06/2009 | .00 262,659.91 | .00 | -107.77 780.99 | .00 | .00 | .00 -625.34 | .00 .00 |
| 09/21/2009 | REGULAR PAYMENT | 2,189.57 | 07/2009 | 264.53 262,395.38 | 1,422.74 | 502.30 1,283.29 | .00 | .00 | .00 -625.34 | .00 .00 |
| 10/06/2009 | FHA MIP PMT | -107.77 | 07/2009 | .00 262,395.38 | .00 | -107.77 1,175.52 | .00 | .00 | .00 -625.34 | .00 .00 |
| 10/14/2009 | MISC. POSTING | 33.06 | 07/2009 | .00 262,395.38 | .00 | 33.06 1,208.58 | .00 | .00 | .00 -625.34 | .00 .00 |
| 11/05/2009 | FHA MIP PMT | -107.77 | 07/2009 | .00 262,395.38 | .00 | -107.77 1,100.81 | .00 | .00 | .00 -625.34 | .00 .00 |
| 11/12/2009 | COUNTY TAX PMT | -781.65 | 07/2009 | .00 262,395.38 | .00 | -781.65 319.16 | .00 | .00 | .00 -625.34 | .00 .00 |
| 11/12/2009 | COUNTY TAX PMT | -603.83 | 07/2009 | .00 262,395.38 | .00 | -603.83 -284.67 | .00 | .00 | .00 -625.34 | .00 .00 |
| 12/01/2009 | REGULAR PAYMENT | 2,418.10 | 08/2009 | 265.96 262,129.42 | 1,421.31 | 502.30 217.63 | .00 | .00 | .00 -625.34 | 228.53 228.53 |
| 12/04/2009 | FHA MIP PMT | -107.77 | 08/2009 | .00 262,129.42 | .00 | -107.77 109.86 | .00 | .00 | .00 -625.34 | .00 228.53 |
| 12/31/2009 | MISC. POSTING | 2,182.96 | 08/2009 | .00 262,129.42 | .00 | .00 109.86 | .00 | .00 | .00 -625.34 | 2,182.96 2,411.49 |
| 01/06/2010 | MISC. POSTING | -2,189.57 | 08/2009 | .00 262,129.42 | .00 | .00 109.86 | .00 | .00 | .00 -625.34 | -2,189.57 221.92 |
| 01/06/2010 | REGULAR PAYMENT | 2,189.57 | 09/2009 | 267.40 261,862.02 | 1,419.87 | 502.30 612.16 | .00 | .00 | .00 -625.34 | .00 221.92 |

**Bank of America**
**Home Loans**

Page 4

Account Number: ▓▓▓▓6607
Statement Period: 07/2009 - 01/2012
Date Prepared: 01/25/2012

Property Address:
9303 SOUTH INDIANA AVENUE

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2010 | FHA MIP PMT | -107.77 | 09/2009 | .00<br>261,862.02 | .00 | -107.77<br>504.39 | .00 | .00 | .00<br>-625.34 | .00<br>221.92 |
| 01/26/2010 | REGULAR PAYMENT | 2,182.96 | 10/2009 | 268.85<br>261,593.17 | 1,418.42 | 495.69<br>1,000.08 | .00 | .00 | .00<br>-625.34 | .00<br>221.92 |
| 02/04/2010 | FHA MIP PMT | -106.42 | 10/2009 | .00<br>261,593.17 | .00 | -106.42<br>893.66 | .00 | .00 | .00<br>-625.34 | .00<br>221.92 |
| 02/10/2010 | COUNTY TAX PMT | -860.59 | 10/2009 | .00<br>261,593.17 | .00 | -860.59<br>33.07 | .00 | .00 | .00<br>-625.34 | .00<br>221.92 |
| 02/10/2010 | COUNTY TAX PMT | -628.86 | 10/2009 | .00<br>261,593.17 | .00 | -628.86<br>-595.79 | .00 | .00 | .00<br>-625.34 | .00<br>221.92 |
| 02/11/2010 | MISC. POSTING | 629.93 | 10/2009 | .00<br>261,593.17 | .00 | .00<br>-595.79 | .00 | .00 | .00<br>-625.34 | 629.93<br>851.85 |
| 02/18/2010 | HAZARD INS PMT | -2,184.00 | 10/2009 | .00<br>261,593.17 | .00 | -2,184.00<br>-2,779.79 | .00 | .00 | .00<br>-625.34 | .00<br>851.85 |
| 03/04/2010 | FHA MIP PMT | -106.42 | 10/2009 | .00<br>261,593.17 | .00 | -106.42<br>-2,886.21 | .00 | .00 | .00<br>-625.34 | .00<br>851.85 |
| 03/09/2010 | MISC. POSTING | 532.68 | 10/2009 | .00<br>261,593.17 | .00 | .00<br>-2,886.21 | .00 | .00 | .00<br>-625.34 | 532.68<br>1,384.53 |
| 03/16/2010 | REGULAR PAYMENT | 2,182.96 | 11/2009 | 270.31<br>261,322.86 | 1,416.96 | 495.69<br>-2,390.52 | .00 | .00 | .00<br>-625.34 | .00<br>1,384.53 |
| 04/06/2010 | FHA MIP PMT | -106.42 | 11/2009 | .00<br>261,322.86 | .00 | -106.42<br>-2,496.94 | .00 | .00 | .00<br>-625.34 | .00<br>1,384.53 |
| 04/08/2010 | REGULAR PAYMENT | 2,182.96 | 12/2009 | 271.77<br>261,051.09 | 1,415.50 | 495.69<br>-2,001.25 | .00 | .00 | .00<br>-625.34 | .00<br>1,384.53 |
| 04/08/2010 | MISC. POSTING | 532.68 | 12/2009 | .00<br>261,051.09 | .00 | .00<br>-2,001.25 | .00 | .00 | .00<br>-625.34 | 532.68<br>1,917.21 |
| 05/03/2010 | REGULAR PAYMENT | 2,182.96 | 01/2010 | 273.24<br>280,777.85 | 1,414.03 | 495.69<br>-1,505.56 | .00 | .00 | .00<br>-625.34 | .00<br>1,917.21 |

**Bank of America — Home Loans**

Account Number: ####6607
Statement Period: 07/2009 - 01/2012
Date Prepared: 01/25/2012

Property Address: 9303 SOUTH INDIANA AVENUE

Page 5

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/2010 | FHA MIP PMT | -106.42 | 01/2010 | .00 / 260,777.85 | .00 | -106.42 / -1,611.98 | .00 | .00 | .00 / -625.34 | .00 / 1,917.21 |
| 05/11/2010 | MISC. POSTING | 532.68 | 01/2010 | .00 / 260,777.85 | .00 | .00 / -1,611.98 | .00 | .00 | .00 / -625.34 | 532.68 / 2,449.89 |
| 05/24/2010 | MISC. POSTING | -1,687.27 | 01/2010 | .00 / 260,777.85 | .00 | .00 / -1,611.98 | .00 | .00 | .00 / -625.34 | -1,687.27 / 762.62 |
| 05/24/2010 | REGULAR PAYMENT | 1,687.27 | 02/2010 | 274.72 / 260,503.13 | 1,412.55 | .00 / -1,611.98 | .00 | .00 | .00 / -625.34 | .00 / 762.62 |
| 05/28/2010 | REGULAR PAYMENT | 2,182.96 | 03/2010 | 276.21 / 260,226.92 | 1,411.06 | 495.69 / -1,116.29 | .00 | .00 | .00 / -625.34 | .00 / 762.62 |
| 06/04/2010 | FHA MIP PMT | -106.42 | 03/2010 | .00 / 260,226.92 | .00 | -106.42 / -1,222.71 | .00 | .00 | .00 / -625.34 | .00 / 762.62 |
| 06/07/2010 | MISC. POSTING | 532.68 | 03/2010 | .00 / 260,226.92 | .00 | .00 / -1,222.71 | .00 | .00 | .00 / -625.34 | 532.68 / 1,295.30 |
| 06/30/2010 | REGULAR PAYMENT | 2,182.96 | 04/2010 | 277.71 / 259,949.21 | 1,409.56 | 495.69 / -727.02 | .00 | .00 | .00 / -625.34 | .00 / 1,295.30 |
| 07/07/2010 | FHA MIP PMT | -106.42 | 04/2010 | .00 / 259,949.21 | .00 | -106.42 / -833.44 | .00 | .00 | .00 / -625.34 | .00 / 1,295.30 |
| 07/09/2010 | MISC. POSTING | 421.51 | 04/2010 | .00 / 259,949.21 | .00 | .00 / -833.44 | .00 | .00 | .00 / -625.34 | 421.51 / 1,716.81 |
| 07/29/2010 | REGULAR PAYMENT | 2,182.96 | 05/2010 | 279.21 / 259,670.00 | 1,408.06 | 495.69 / -337.75 | .00 | .00 | .00 / -625.34 | .00 / 1,716.81 |
| 08/05/2010 | FHA MIP PMT | -106.42 | 05/2010 | .00 / 259,670.00 | .00 | -106.42 / -444.17 | .00 | .00 | .00 / -625.34 | .00 / 1,716.81 |
| 08/16/2010 | MISC. POSTING | 15.01 | 05/2010 | .00 / 259,670.00 | .00 | .00 / -444.17 | .00 | .00 | .00 / -625.34 | 15.01 / 1,731.82 |
| 09/03/2010 | REGULAR PAYMENT | 2,182.96 | 06/2010 | 280.72 / 259,389.28 | 1,406.55 | 495.69 / 51.52 | .00 | .00 | .00 / -625.34 | .00 / 1,731.82 |

**Bank of America — Home Loans**

Account Number: ******6607
Statement Period: 07/2009 - 01/2012
Date Prepared: 01/25/2012

Property Address:
9303 SOUTH INDIANA AVENUE

Page 6

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/07/2010 | FHA MIP PMT | -106.42 | 06/2010 | .00 / 259,389.28 | .00 | -106.42 / -54.90 | .00 | .00 | .00 / -625.34 | .00 / 1,731.82 |
| 09/09/2010 | MISC. POSTING | 15.01 | 06/2010 | .00 / 259,389.28 | .00 | .00 / -54.90 | .00 | .00 | .00 / -625.34 | 15.01 / 1,746.83 |
| 10/01/2010 | REGULAR PAYMENT | 2,182.96 | 07/2010 | 282.24 / 259,107.04 | 1,405.03 | 495.69 / 440.79 | .00 | .00 | .00 / -625.34 | .00 / 1,746.83 |
| 10/06/2010 | FHA MIP PMT | -106.42 | 07/2010 | .00 / 259,107.04 | .00 | -106.42 / 334.37 | .00 | .00 | .00 / -625.34 | .00 / 1,746.83 |
| 10/12/2010 | MISC. POSTING | 57.90 | 07/2010 | .00 / 259,107.04 | .00 | .00 / 334.37 | .00 | .00 | .00 / -625.34 | 57.90 / 1,804.73 |
| 11/04/2010 | FHA MIP PMT | -106.42 | 07/2010 | .00 / 259,107.04 | .00 | -106.42 / 227.95 | .00 | .00 | .00 / -625.34 | .00 / 1,804.73 |
| 11/23/2010 | COUNTY TAX PMT | -622.84 | 07/2010 | .00 / 259,107.04 | .00 | -622.84 / -394.89 | .00 | .00 | .00 / -625.34 | .00 / 1,804.73 |
| 11/23/2010 | COUNTY TAX PMT | -515.72 | 07/2010 | .00 / 259,107.04 | .00 | -515.72 / -910.61 | .00 | .00 | .00 / -625.34 | .00 / 1,804.73 |
| 12/06/2010 | FHA MIP PMT | -106.42 | 07/2010 | .00 / 259,107.04 | .00 | -106.42 / -1,017.03 | .00 | .00 | .00 / -625.34 | .00 / 1,804.73 |
| 01/06/2011 | FHA MIP PMT | -106.42 | 07/2010 | .00 / 259,107.04 | .00 | -106.42 / -1,123.45 | .00 | .00 | .00 / -625.34 | .00 / 1,804.73 |
| 01/06/2011 | MISC. POSTING | 423.24 | 07/2010 | .00 / 259,107.04 | .00 | .00 / -1,123.45 | .00 | .00 | .00 / -625.34 | 423.24 / 2,227.97 |
| 01/10/2011 | REGULAR PAYMENT | 2,182.96 | 08/2010 | 283.77 / 258,823.27 | 1,403.50 | 495.69 / -627.76 | .00 | .00 | .00 / -625.34 | .00 / 2,227.97 |
| 02/04/2011 | FHA MIP PMT | -104.98 | 08/2010 | .00 / 258,823.27 | .00 | -104.98 / -732.74 | .00 | .00 | .00 / -625.34 | .00 / 2,227.97 |
| 02/17/2011 | COUNTY TAX PMT | -815.89 | 08/2010 | .00 / 258,823.27 | .00 | -815.89 / -1,548.63 | .00 | .00 | .00 / -625.34 | .00 / 2,227.97 |

**Bank of America**
**Home Loans**

Account Number: ****6607
Statement Period: 07/2009 - 01/2012
Date Prepared: 01/25/2012

Property Address:
9303 SOUTH INDIANA AVENUE

Page 7

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/17/2011 | COUNTY TAX PMT | -629.52 | 08/2010 | .00 258,823.27 | .00 | -629.52 -2,178.15 | .00 | .00 | .00 -625.34 | .00 2,227.97 |
| 02/17/2011 | HAZARD INS PMT | -2,390.00 | 08/2010 | .00 258,823.27 | .00 | -2,390.00 -4,568.15 | .00 | .00 | .00 -625.34 | .00 2,227.97 |
| 02/22/2011 | REGULAR PAYMENT | 2,182.96 | 09/2010 | 285.31 258,537.96 | 1,401.96 | 495.69 -4,072.46 | .00 | .00 | .00 -625.34 | .00 2,227.97 |
| 03/04/2011 | FHA MIP PMT | -104.98 | 09/2010 | .00 258,537.96 | .00 | -104.98 -4,177.44 | .00 | .00 | .00 -625.34 | .00 2,227.97 |
| 03/11/2011 | REGULAR PAYMENT | 2,182.96 | 10/2010 | 286.86 258,251.10 | 1,400.41 | 495.69 -3,681.75 | .00 | .00 | .00 -625.34 | .00 2,227.97 |
| 04/06/2011 | FHA MIP PMT | -104.98 | 10/2010 | .00 258,251.10 | .00 | -104.98 -3,786.73 | .00 | .00 | .00 -625.34 | .00 2,227.97 |
| 05/05/2011 | FHA MIP PMT | -104.98 | 10/2010 | .00 258,251.10 | .00 | -104.98 -3,891.71 | .00 | .00 | .00 -625.34 | .00 2,227.97 |
| 06/06/2011 | FHA MIP PMT | -104.98 | 10/2010 | .00 258,251.10 | .00 | -104.98 -3,996.69 | .00 | .00 | .00 -625.34 | .00 2,227.97 |
| 07/07/2011 | FHA MIP PMT | -104.98 | 10/2010 | .00 258,251.10 | .00 | -104.98 -4,101.67 | .00 | .00 | .00 -625.34 | .00 2,227.97 |
| 07/11/2011 | MISC. POSTING | 421.70 | 10/2010 | .00 258,251.10 | .00 | .00 -4,101.67 | .00 | .00 | 421.70 -625.34 | .00 2,649.67 |
| 08/04/2011 | FHA MIP PMT | -104.98 | 10/2010 | .00 258,251.10 | .00 | -104.98 -4,206.65 | .00 | .00 | .00 -625.34 | .00 2,649.67 |
| 08/08/2011 | MISC. POSTING | 47.86 | 10/2010 | .00 258,251.10 | .00 | .00 -4,206.65 | .00 | .00 | 47.86 -625.34 | .00 2,697.53 |
| 09/07/2011 | FHA MIP PMT | -104.98 | 10/2010 | .00 258,251.10 | .00 | -104.98 -4,311.63 | .00 | .00 | .00 -625.34 | .00 2,697.53 |
| 09/15/2011 | MISC. POSTING | 47.86 | 10/2010 | .00 258,251.10 | .00 | .00 -4,311.63 | .00 | .00 | 47.86 -625.34 | .00 2,745.39 |

**Bank of America**
**Home Loans**

Account Number: ****6607
Statement Period: 07/2009 - 01/2012
Date Prepared: 01/25/2012

Property Address:
9303 SOUTH INDIANA AVENUE

Page 8

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/06/2011 | FHA MIP PMT | -104.98 | 10/2010 | .00<br>258,251.10 | .00 | -104.98<br>-4,416.61 | .00 | .00 | .00<br>-625.34 | .00<br>2,745.39 |
| 10/11/2011 | MISC. POSTING | 210.64 | 10/2010 | .00<br>258,251.10 | .00 | .00<br>-4,416.61 | .00 | .00 | .00<br>-625.34 | 210.64<br>2,956.03 |
| 10/17/2011 | COUNTY TAX PMT | -728.57 | 10/2010 | .00<br>258,251.10 | .00 | -728.57<br>-5,145.18 | .00 | .00 | .00<br>-625.34 | .00<br>2,956.03 |
| 10/17/2011 | COUNTY TAX PMT | -562.50 | 10/2010 | .00<br>258,251.10 | .00 | -562.50<br>-5,707.68 | .00 | .00 | .00<br>-625.34 | .00<br>2,956.03 |
| 11/02/2011 | MISC. POSTING | .00 | 10/2010 | .00<br>258,251.10 | .00 | .00<br>-5,707.68 | .00 | .00 | 514.16<br>-111.18 | -514.16<br>2,441.87 |
| 11/04/2011 | FHA MIP PMT | -104.98 | 10/2010 | .00<br>258,251.10 | .00 | -104.98<br>-5,812.66 | .00 | .00 | .00<br>-111.18 | .00<br>2,441.87 |
| 11/15/2011 | REGULAR PAYMENT | 2,323.02 | 11/2010 | 288.41<br>257,962.69 | 1,398.86 | 495.69<br>-5,316.97 | .00 | .00 | .00<br>-111.18 | 140.06<br>2,581.93 |
| 12/06/2011 | FHA MIP PMT | -104.98 | 11/2010 | .00<br>257,962.69 | .00 | -104.98<br>-5,421.95 | .00 | .00 | .00<br>-111.18 | .00<br>2,581.93 |
| 12/15/2011 | PAYMENT REVERSAL | -2,323.02 | 10/2010 | -288.41<br>258,251.10 | -1,398.86 | -495.69<br>-5,917.64 | .00 | .00 | .00<br>-111.18 | -140.06<br>2,441.87 |
| 12/15/2011 | MISC. POSTING | 2,323.02 | 10/2010 | .00<br>258,251.10 | .00 | .00<br>-5,917.64 | .00 | .00 | .00<br>-111.18 | 2,323.02<br>4,764.89 |
| 12/19/2011 | MISC. POSTING | .00 | 10/2010 | .00<br>258,251.10 | .00 | 914.12<br>-5,003.52 | .00 | .00 | .00<br>-111.18 | -914.12<br>3,850.77 |
| 12/20/2011 | REGULAR PAYMENT | 2,182.96 | 11/2010 | 288.41<br>257,962.69 | 1,398.86 | 495.69<br>-4,507.83 | .00 | .00 | .00<br>-111.18 | .00<br>3,850.77 |
| 12/20/2011 | MISC. POSTING | -2,182.96 | 11/2010 | .00<br>257,962.69 | .00 | .00<br>-4,507.83 | .00 | .00 | .00<br>-111.18 | -2,182.96<br>1,667.81 |
| 12/23/2011 | REGULAR PAYMENT | 2,323.02 | 12/2010 | 289.97<br>257,672.72 | 1,397.30 | 495.69<br>-4,012.14 | .00 | .00 | .00<br>-111.18 | 140.06<br>1,807.87 |

**Bank of America**
**Home Loans**

Account Number: ▬▬▬6607
Statement Period: 07/2009 - 01/2012
Date Prepared: 01/25/2012

Property Address:
9303 SOUTH INDIANA AVENUE

Page 9

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2012 | FHA MIP PMT | -104.98 | 12/2010 | .00 257,672.72 | .00 | -104.98 -4,117.12 | .00 | .00 | .00 -111.18 | .00 1,807.87 |
| 01/06/2012 | MISC. POSTING | 186.29 | 12/2010 | .00 257,672.72 | .00 | .00 -4,117.12 | .00 | .00 | .00 -111.18 | 186.29 1,994.16 |